# The Washington Post

1150 15TH STREET N. W.
WASHINGTON, D.C. 20071-7403
(202) 334-6000

FOIA REQUEST

March 1, 2005

Ms. Catrina Pavlik
Transportation Security Administration
Associate Director
Office of Security
West Building, 4th Floor
Room 432-N, TSA-20
601 South 12th Street
Arlington, VA 22202-4220

VIA FAX: (571) 227-1406

Dear Ms. Pavlik:

This is a request under the Freedom of Information Act, 5 U.S.C. § 552, for copies of the following records regarding the TSA contract with Unysis Corp. for the technology infrastructure program awarded in 2002:

- The contract file and documents typically contained in a contract file, including, but not limited to: requests for proposals; proposals and bids; selection scoring worksheets and other evaluation information; past performance evaluations; the contract itself; purchase orders; task orders and other types of work orders; change orders; payment records, including invoices, receipts, bills, and other justifications; subcontracting plans; bonus evaluation worksheets and any other documents regarding bonus payments.

- All documents relating to pre-bid vendor conferences, pre-approval meetings and post-bid conferences, including but not limited to: all agency responses relating to Q&A sessions with vendors seeking the contract; all documents relating to one-on-one vendor meetings; all sign-up sheets for the above mentioned conferences and meetings; and all notes and recordings of the meetings.

- All documents relating to the performance of the contractor since the contract was awarded, including but not limited to: performance evaluations, performance audits; performance metrics; and any other similar performance documents; notes and tapes of all meetings regarding performance; all communication records regarding the contractor's performance, including letters, e-mails, records of meetings, teleconferences or video conferences (including tapes); sign-in sheets, and any and all other forms of communication regarding the contractor's performance.

- All records of correspondence and communications regarding the contract within TSA; between representatives of TSA and Unysis; between representatives of TSA and members of Congress and their representatives and staffers; and between representatives of TSA and lobbying firms, law firms, public relations firms and any other companies or individuals representing Unysis. Records of correspondence and communications include but are not limited to: letters, e-mails, records of teleconferences or video conferences (including tapes), power-point presentations, meeting agendas; minutes and notes of meetings, sign-in sheets of meetings and any and all other forms communications.

We are making this request on behalf of The Washington Post, a newspaper of general circulation in the Washington, D.C. metropolitan area. The records disclosed will be used in the preparation of news articles for dissemination to the public. For purposes of FOIA fee assessments, we request that you waive all fees in the public interest because the information will contribute to public understanding of the operations or activities of government and is not primarily in the commercial interest. If you decline to waive all fees, we are prepared to pay your normal fees for news media requesters. Please notify us if you expect the processing fees to exceed $100.

In addition, we request that you release records as they become available, in electronic format if possible, rather than waiting for all records to be compiled. We are also requesting that, if you have fulfilled or are in the process of compiling similar records for other requesters, that you forward those records to The Washington Post as they are released to the other requesters.

If you regard any of these records as exempt from disclosure under the Act, we hereby request that you exercise your discretion to disclose them (unless otherwise prohibited from doing so). If you deny this request in whole or in part, we request that you justify all deletions by reference to specific exemptions of the Act, and that you provide all non-exempt portions that are reasonably segregable.

We are also requesting that you grant this request under expedited processing. As journalists, we are primarily engaged in disseminating information. The public has an urgent need for information about homeland security programs because they affect the security of the nation and the expenditures to support these programs are funded by billions in taxpayer funds. In addition, widespread news coverage of homeland security programs, including this program, along with findings by government auditors and

inspectors general, have raised questions about whether the public's money is being properly spent by contractors and adequately monitored by federal officials. The public has an overriding interest in knowing whether its money is being properly spent in the name of protecting them from future terrorist attacks, and delaying the response would compromise that interest by depriving the public of timely information about these critical and expensive programs. We certify that these statements concerning the need for expedited processing are true and correct to the best of our knowledge and belief.

Finally, we are requesting that you communicate with us via telephone or e-mail, rather than by U.S. mail.

Thank you for your kind consideration and prompt attention to this request. We look forward to hearing from you within twenty (20) working days as the FOIA act stipulates. If you have any questions, please do not hesitate to contact us at the numbers or e-mail addresses below.

Very truly yours,


Scott Higham
Washington Post Staff Writer
202-334-7947
highams@washpost.com




Robert O'Harrow Jr.
Washington Post Staff Writer
202-334-6088
oharrowr@washpost.com