# The Washington Post

1150 15th STREET N. W.
WASHINGTON, D.C. 20071-7403
(202) 334-6000

FOIA REQUEST

May 5, 2005

Ms. Catrina Pavlik
Transportation Security Administration
Associate Director
Office of Security
West Building, 4th Floor
Room 432-N, TSA-20
601 South 12th Street
Arlington, VA 22202-4220

VIA FAX: (571) 227-1406

Dear Ms. Pavlik:

This is a request under the Freedom of Information Act, 5 U.S.C. § 552, for copies of DCAA audit reports of the following federal contracts:

- The Transportation Security Administration contract with the Boeing Co. for 1,100 Explosive Detection Systems and 6,000 Explosive Trace Detection devices to detect explosives in baggage at the nation's airports.
- The Transportation Security Administration contract with NCS Pearson Inc. to hire and deploy a federal passenger screening force at the nation's airports.

We are making this request on behalf of The Washington Post, a newspaper of general circulation in the Washington, D.C. metropolitan area. The records disclosed will be used in the preparation of news articles for dissemination to the public. For purposes of FOIA fee assessments, we request that you waive all fees in the public interest because the information will contribute to public understanding of the operations or activities of government and is not primarily in the commercial interest. If you decline to waive all fees, we are prepared to pay your normal fees for news media requesters. Please notify us if you expect the processing fees to exceed $100.

In addition, we request that you release records as they become available, in electronic format if possible, rather than waiting for all records to be compiled. We are also requesting that, if you have fulfilled or are in the process of compiling similar records for other requesters, that you forward those records to The Washington Post.

Understanding that some information in the audits may be proprietary - and possibly subject to review before release - we request that you immediately deliver any portions of the audits and audit reports that do not require review including, but not limited to, overviews, summaries, synopsis, general remarks and conclusions.

If you regard any of these records as exempt from disclosure under the Act, we hereby request that you exercise your discretion to disclose them (unless otherwise prohibited from doing so). If you deny this request in whole or in part, we request that you justify all deletions by reference to specific exemptions of the Act, and that you provide all non-exempt portions that are reasonably segregable.

We are also requesting that you grant this request under expedited processing. As journalists, we are primarily engaged in disseminating information. The public has an urgent need for information about homeland security programs because they affect the security of the nation and the expenditures to support these programs are funded by billions in taxpayer funds. In addition, widespread news coverage of homeland security programs, including these contracts, along with findings by government auditors and inspectors general, have raised questions about whether the public's money is being properly spent by contractors and adequately monitored by federal officials. The public has an overriding interest in knowing whether its money is being properly spent in the name of protecting them from future terrorist attacks, and delaying the response would compromise that interest by depriving the public of timely information about these critical and expensive programs. We certify that these statements concerning the need for expedited processing are true and correct to the best of our knowledge and belief.

Finally, we are requesting that you communicate with us via telephone or e-mail, rather than by U.S. mail.

Thank you for your kind consideration and prompt attention to this request. We look forward to hearing from you as soon as possible, but within the twenty (20) working days as the FOIA act stipulates. If you have any questions, please do not hesitate to contact us at the numbers or e-mail addresses below.

Very truly yours,


Robert O'Harrow Jr. (with Scott Higham)
Washington Post Staff Writers
202-334-6068
oharrowr@washpost.com