IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WASHINGTON POST,<br><br>          **Plaintiff,**<br><br>vs.<br><br>TRANSPORTATION SECURITY<br>ADMINISTRATION and<br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>          **Defendants.** | Civil Action No. _____ |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES

I, the undersigned, counsel of record for Plaintiff, certify that, to the best of my knowledge and belief, WP Company LLC d/b/a The Washington Post is a wholly-owned subsidiary of The Washington Post Company, a company with outstanding securities in the hands of the public. No other parent company, subsidiary or affiliate of Plaintiff has outstanding securities in the hands of the public. Berkshire Hathaway, Inc., a publicly held company, has a 10% or greater ownership interest in The Washington Post Company.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

Dated: July 2?, 2005

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: _____
Nathan E. Siegel, Bar No. 446253
Thomas Curley, Bar No. 473798

1050 17th Street, N.W., Suite 800
Washington, DC 20036-5514
(202) 508-1100
Facsimile: (202) 861-9888

ATTORNEYS FOR PLAINTIFF

OF COUNSEL:

Eric N. Lieberman, Esq.
The Washington Post
1150 15th Street, N.W.
Washington, DC 20071
(202) 334-6017