AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Washington Post

**SUMMONS IN A CIVIL CASE**

V.

Transportation Security Administration and
U.S. Department of Homeland Security

CASE NUM

CASE NUMBER  1:05CV01481

JUDGE: Emmet G. Sullivan

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 07/28/2005

TO: (Name and address of Defendant)

Transportation Security Administration
Office of Chief Counsel
601 South 12th Street
Arlington, VA  22202-4220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nathan E. Siegel
Thomas Curley
Levine Sullivan Koch & Schulz, LLP
1050 17th Street, N.W., Suite 800
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUL 2 8 2005
CLERK                                DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/29/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Bridgette Simmons | — |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to Fed. R. Civ. P. 4(i)(2)(A), served by certified mail posted 7/28/05 to address shown on summons. See attached return receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/29/05
              Date

*Signature of Server*

Levine Sullivan Koch & Schulz, LLP
1050 17th St., N.W., Ste. 800
Washington, D.C. 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Transportation Security Administration<br>Office of Chief Counsel<br>601 South 12th Street<br>Arlington, VA 22202-4220 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0002 8160 4618 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540