AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THE WASHINGTON POST

**SUMMONS IN A CIVIL CASE**

V.

TRANSPORTATION SECURITY
ADMINISTRATION and
U.S. DEPARTMENT OF HOMELAND
SECURITY

CASE NUM

CASE NUMBER  1:05CV01481

JUDGE: Emmet G. Sullivan

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 07/28/2005

TO: (Name and address of Defendant)

U.S. Department of Homeland Security
Office of the General Counsel
Washington, DC 20258

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nathan E. Siegel
Thomas Curley
Levine Sullivan Koch & Schulz, L.L.P.
1050 17th Street, N.W., Suite 800
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON              JUL 2 8 2005
CLERK                                     DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 29, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Bridgette Simmons | — |

Check one box below to indicate appropriate method of service

    ☐ Served personally upon the defendant. Place where served: _____

_____

    ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    ☐ Returned unexecuted: _____

_____

    ☒ Other (specify): Pursuant to Fed. R. Civ. P. 4(i)(2)(a), served by certified mail posted July 28, 2005 to address shown on summons. See attached receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7/29/05
             Date

Signature of Server: Bridgette Simmons

Address of Server:
Levine Sullivan Koch & Schulz, LLP
1050 17th St., N.W., Suite 800
Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *James Adam* ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>AUG 3 2005 |
| 1. Article Addressed to:<br><br>U.S. Department of Homeland Security<br>Office of General Counsel<br>Washington, DC 20528<br><br>SERVICE ACCEPTED IN OFFICIAL CAPACITY | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   0304 0370 0001 3799 9758 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |