**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Washington Post, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-CV-01481(EGS) |
| ) | |
| Transportation Security Administration ) | |
| and United States Department of Homeland ) | |
| Security, ) | |
| ) | |
| Defendants. ) | |

**FEDERAL DEFENDANTS' NOTICE OF APPEARANCE OF PAUL G. FREEBORNE**

PLEASE TAKE NOTICE that Paul G. Freeborne hereby enters his appearance on behalf of the federal defendants. Mr. Freeborne's address for regular U.S. mail is:

> Paul G. Freeborne
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> P.O. Box 883
> Washington, D.C. 20044

Mr. Freeborne's address for overnight mail and hand delivery is:

> Paul G. Freeborne
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue N.W., Room 6108
> Washington, D.C. 20001

Mr. Freeborne may be reached by phone at (202) 353-0543.  Faxes for Mr. Freeborne should be sent to (202) 616-8460, and e-mail may be sent to paul.freeborne@usdoj.gov.

> Respectfully submitted,
>
> PETER D. KEISLER
> Assistant Attorney General

                                        KENNETH L. WAINSTEIN
                                        United States Attorney

                                        /s/ Paul G. Freeborne
                                        PAUL G. FREEBORNE
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Avenue, N.W.
                                        Room 6108
                                        Washington, D.C. 20530
                                        Tel: (202) 353-0543
                                        Fax: (202) 616-8460
                                        email:  paul.freeborne@usdoj.gov

Dated: August 18, 2005                        Attorney for Federal Defendants