A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

The Washington Post

|  |  |  |
|---|---|---|
| | ) | |
| Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| | ) | |
| vs. | ) | CASE NUMBER   1:05CV01481 (EGS) |
| Transportation Security Administration and | ) | |
| U.S. Department of Homeland Security | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of   Nathan E. Siegel          as counsel in this
                                  (Attorney's Name)

case for:   Plaintiff Washington Post
                        (Name of party or parties)

August 12, 2005
Date

No. 446253
BAR IDENTIFICATION

Signature

Nathan E. Siegel
Print Name

1050 17th Street, N.W., Suite 800
Address

Washington, DC  20036
City        State        Zip Code

202-508-1184
Phone Number