IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WASHINGTON POST,<br><br>                Plaintiff,<br><br>vs.<br><br>TRANSPORTATION SECURITY<br>ADMINISTRATION and<br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY,<br><br>                Defendants. | Civil Action No. 1:05CV01481 (EGS) |

**JOINT PROPOSED SCHEDULING ORDER**

1. Defendants will either release any remaining records requested by Plaintiff, or assert reasons for their nondisclosure, by _____.

2. Joinder of parties and any amendment of pleadings to be completed by February 13, 2006.

3. Discovery to be completed by April 28, 2006.

4. Motion(s) for summary judgment to be filed by May 30, 2006.

5. Opposition(s) briefs and Cross-Motions to be filed no later than 30 days after the filing of any motion(s) for summary judgment

6. Reply briefs, if any, to be filed no later than 15 days thereafter.

7. A pretrial conference will be held on _____.

8. Trial will commence on _____.

Respectfully submitted,

By: /s/   Thomas Curley

Nathan Siegel (Bar No. 446253)
Thomas Curley (Bar No. 473798)
LEVINE SULLIVAN KOCH & SCHULZ
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C.  20036
Telephone:  (202) 508-1138
Facsimile:  (202) 861-9888

*Counsel for Plaintiff*

By: /s/   Paul G. Freeborne

Paul G. Freeborne
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 353-0543
Facsimile:  (202) 616-8460

*Counsel for Defendants*