IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE WASHINGTON POST,

           Plaintiff,

v.

TRANSPORTATION SECURITY
ADMINISTRATION and
UNITED STATES DEPARTMENT
OF HOMELAND SECURITY,

           Defendants.

Civil Action No. 05-1481 (EGS)

## SCHEDULING ORDER

1. The parties will jointly file a status report with the Court on November 28, 2005 informing the Court of the progress made toward narrowing the scope of plaintiff's FOIA requests and defendants' production of responsive records.

2. Joinder of parties and any amendment of pleadings to be completed by February 13, 2006.

3. Discovery to be completed by April 28, 2006.

4. A status hearing will be held on May 4, 2006 at 10:30 a.m.

5. Motion(s) for summary judgment to be filed by May 30, 2006.

6. Opposition(s) briefs and Cross-Motions if any, should be filed by June 30, 2006.

7. Reply briefs, if any, should be filed by July 15, 2006.

**Signed:    Emmet G. Sullivan**
              **United States District Judge**
              **November 8, 2005**