## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE WASHINGTON POST

          Plaintiff,

vs.

TRANSPORTATION SECURITY
ADMINISTRATION and
UNITED STATES DEPARTMENT
OF HOMELAND SECURITY,

          Defendants.

Civil Action No. 1:05CV01481 (EGS)

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii) and by consent of the parties hereto by and through their counsel, Plaintiff The Washington Post hereby voluntarily dismisses with prejudice its Complaint and all claims therein against Defendants Transportation Security Administration and the United States Department of Homeland Security in the above-styled case, with each party to bear its own costs and fees.

This the 30th day of May, 2006.

CONSENTED TO:

/s/ Thomas Curley

Nathan Siegel (Bar No. 446253)
Thomas Curley (Bar No. 473798)
LEVINE SULLIVAN KOCH & SCHULZ
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 508-1138
Facsimile: (202) 861-9888
*Counsel for Plaintiff*

/s/ Paul G. Freeborne

Paul G. Freeborne
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 353-0543
Facsimile: (202) 616-8460
*Counsel for Defendants*